# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD JIMENEZ, | 1:12-cv-00027-AWI-SMS |
| Plaintiff, | **ORDER GRANTING APPLICATION TO PROCEED *IN FORMA PAUPERIS* AND DIRECTING PAYMENT OF INMATE FILING FEE BY FRESNO COUNTY SHERIFF** |
| v. | |
| ZAC DYER, et al., | |
| Defendants. | (Doc. 2) |

Plaintiff is a prisoner proceeding *pro se* pursuant to 42 U.S.C. § 1983, who has requested leave to proceed *in forma pauperis* pursuant to 28 U.S.C. § 1915. Plaintiff has made the showing required by § 1915(a) and accordingly, the request to proceed *in forma pauperis* will be granted.

Plaintiff is obligated to pay the statutory filing fee of $350.00 for this action in the amount of twenty percent of the preceding month's income credited to plaintiff's trust account. 28 U.S.C. § 1915(b)(1). The Fresno County Sheriff is required to send to the Clerk of the Court payments from plaintiff's account each time the amount in the account exceeds $10.00, until the statutory filing fee is paid in full. 28 U.S.C. § 1915(b)(2).

In accordance with the above and good cause appearing therefore, IT IS HEREBY ORDERED that:

    1. Plaintiff's application to proceed *in forma pauperis* is GRANTED;

    **2. Fresno County Sheriff Margaret Mims shall collect payments from plaintiff's prison trust account in an amount equal to twenty per cent (20%) of the preceding month's**

1  **income credited to the prisoner's trust account and shall forward those payments to the Clerk**
2  **of the Court each time the amount in the account exceeds $10.00,  in accordance with 28 U.S.C.**
3  **§ 1915(b)(2), until a total of $350.00 has been collected and forwarded to the Clerk of the**
4  **Court.  The payments shall be clearly identified by the name and number assigned to this**
5  **action.**

6             3.  The Clerk of the Court is directed to serve a copy of this order and a copy of
7  plaintiff's *in forma pauperis* application on Sheriff Margaret Mims, via the court's electronic case
8  filing system (CM/ECF).

9             4.  The Clerk of the Court is directed to serve a copy of this order on the Financial
10 Department, U.S.  District Court, Eastern District of California, Fresno Division.

11            5.  Within sixty (60) days of the date of service of this order, plaintiff shall submit a
12 certified copy of his Fresno County Jail trust account statement for the six-month period immediately
13 preceding the filing of the complaint.  In the event that plaintiff has been imprisoned in the Fresno
14 County Jail for a shorter period than six months, plaintiff shall submit a certified copy of his trust
15 account statement for the full period of his incarceration.

17 IT IS SO ORDERED.

18 **Dated:     January 6, 2012**                       /s/ Sandra M. Snyder
                                                  UNITED STATES MAGISTRATE JUDGE